CLOSED,DEATH_PENALTY,Transferred_Out_District

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:23−cv−00283

Robertson et al v. Collier et al **Case transferred to the Eastern District of Texas, Lufkin Division.**
Assigned to: Judge Lynn N Hughes
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/26/2023
Date Terminated: 01/31/2023
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Mark Robertson** represented by **Jack Shaked**
Hogan Lovells US LLP
390 Madison Ave
New York, NY 10017
2129183822
Email: jack.shaked@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Pieter H B Van Tol**
Hogan Lovells US LLP
390 Madison Ave
New York, NY 10017
212−909−0661
Email: Pieter.vantol@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Catherine Elizabeth Bratic**
Hogan Lovells US LLP
609 Main St Suite 4200
Houston, TX 77002
713−632−1434
Email: catherine.bratic@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Curry** represented by **Jack Shaked**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pieter H B Van Tol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Elizabeth Bratic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tony Egbuna Ford** represented by **Jack Shaked**

                                                      (See above for address)
*ATTORNEY TO BE NOTICED*

**Pieter H B Van Tol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Elizabeth Bratic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rickey Cummings**     represented by    **Jack Shaked**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pieter H B Van Tol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Catherine Elizabeth Bratic**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bryan Collier**

**Defendant**

**Bobby Lumpkin**     represented by    **Edward Larry Marshall**
Office of the Attorney General
PO Box 12548
Austin, TX 78711
512–936–1400
Fax: 512–320–8132
Email: caddocket@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Dickerson**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2023 | 1 | COMPLAINT against Bryan Collier, Daniel Dickerson, Bobby Lumpkin (Filing fee $ 402 receipt number ATXSDC–29376150) filed by Tony Egbuna Ford, Mark Robertson, Rickey Cummings, George Curry. (Attachments: # 1 Civil Cover Sheet)(Bratic, Catherine) (Entered: 01/26/2023) |
| 01/27/2023 | 2 | DOCKETED IN ERROR: ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/23/2023 at 10:15 AM by video before |

| | | |
|---|---|---|
| | | Magistrate Judge Peter Bray. (Signed by Judge David Hittner) Parties notified.(ShannonHolden, 4) Modified on 1/27/2023 (DarleneHansen, 4). (Entered: 01/27/2023) |
| 01/27/2023 | 3 | MOTION for Pieter Van Tol to Appear Pro Hac Vice by Rickey Cummings, George Curry, Tony Egbuna Ford, Mark Robertson, filed. Motion Docket Date 2/21/2023. (Bratic, Catherine) (Entered: 01/27/2023) |
| 01/27/2023 | 4 | MOTION for Jack Shaked to Appear Pro Hac Vice by Rickey Cummings, George Curry, Tony Egbuna Ford, Mark Robertson, filed. Motion Docket Date 2/21/2023. (Bratic, Catherine) (Entered: 01/27/2023) |
| 01/30/2023 | 5 | ORDER granting 3 Motion for Pieter Van Tol to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 01/30/2023) |
| 01/30/2023 | 6 | ORDER granting 4 Motion for Jack Shaked to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 01/30/2023) |
| 01/30/2023 | 7 | ORDER TO TRANSFER CASE to United States District Court for the Eastern District of Texas, Lufkin Division. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 01/31/2023) |
| 01/31/2023 | | Interdistrict transfer to United States District Court for the Eastern District of Texas, Lufkin Division. Case transferred electronically. Case terminated on 1/31/2023, filed. (ghassan, 4) (Entered: 01/31/2023) |