IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARK ROBERTSON, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 9:23cv23 |
| BRYAN COLLIER, ET AL. | § | |

ORDER

The defendants have filed a motion to dismiss (doc. no. 29).  The plaintiffs have filed a motion (doc. no. 40) requesting oral argument on the motion to dismiss.

After due consideration, it is

**ORDERED** that the motion for oral argument is **GRANTED**.  A separate order will be entered scheduling the argument.  Pending oral argument, consideration of the motion to dismiss is terminated and abated.  After oral argument, a ruling will be issued on the motion to dismiss.

SIGNED this 15th day of March, 2024.

_____

Zack Hawthorn
United States Magistrate Judge