In The U.S. District Court
Eastern District of Texas
Lufkin Division

Mark Robertson, ET AL., &
TDCJ Inmates, Plaintiff &
&
Freddy Hurley, #453088, &
TDCJ Inmate, Intervener &     Civil Action Number
&                             9:23-cv-23
v.                            $
&
Bryan Collier, Et AL.,       §
TDCJ Employees, Defendant    §

Intervener, Freddy Hurley, TDCJ #453088

To The U.S. Judge of the Court, Lufkin Division:

On 3/15/2024 the U.S. Magistrate Judge Zack Hawthorn, Eastern District of Texas, Lufkin Division, entered an order on 3/15/2024 dismissing Defendants, i.e. TDCJ officials, motion to dismiss Plaintiffs, TDCJ Inmates, civil rights violations, Writ No. 9:23-cv-23, concerning TDCJ inmates and our long-term TDCJ solitary confinement in TDCJ's

Pg 1 of 5

"Restricted Housing" segregation, a TDCJ employee
physical and psychological harm towards State Prison
inmates by TDCJ Defendants.

And, in Petitioner Hurley's motion to intervene
in Robertson et al. v. Collier et al, Writ No. 9:23-cv-23,
Petitioner is a TDCJ Inmate who is a TDCJ Trusty
III Protective Custody ("PC") incarcerated person who
is elderly and severely disabled, see 42 U.S.C. § 12101,
and punitively isolated in PC due to threats of
harm by TDCJ Defendants, see Exhibit A (attached
hereto). Yet TDCJ policy, i.e., Inter-Office Communication
("IOCs"); Standard Operation Procedures ("SOPs"); Post
Orders ("POs"); Administrative Directives ("ADs"); Board
Procedures ("BPs"); etc. And, Defendants, et al., know
that their TDCJ policies say:

"TDCJ hired staff 'must' sign a contract
that informs each State Prison employee
who 'must' exercise care and diligence to
protect each TDCJ incarcerated inmate by
staff see e.g. Jones v. United States, 534
F.2d 53 (5th Cir. 1976); the U.S. Supreme
Court said there is an inherent principal
that TDCJ Officials (i.e. Defendants) 'must'
not inflict physical and psychological harm

Pg 2 of 5

on any TDCJ inmate, see e.g. Furman v. Georgia, 408 U.S. 238 (1972), and in any malicious act that harmful to inmates by TDCJ hired and/or contracted personal that creates deliberate indiffence to inmates mental health and physical harm, the act then constitutes cruel and unusual punishment, see e.g. Estelle v. Gamble, 429 U.S. 97 (1976); See also Ruiz et al. v. Estelle, 503 F.Supp. 1265 (S.D. Tex. 1980).

In summary, on 3/15/2024 the U.S. District Court, Lufkin Division, issued an order granting an oral argument in Robertson et al. v. Collier et al, including Petitioner Hurley, 9:23-cv-23, to schedule an oral argument, and, after the oral argument between Plaintiffs i.e. Robertson et al, Petitioner Hurley v. Collier et al. Defendants, Writ No. 9:23-cv-23, and the Court will then rule on the argument.

Respectfully filed,

Teddy Hurley, TDCJ #453088
Powledge Unit, State Prison
1400 FM 3452
Palestine, TX 75803

Pg 3 of 5

## Prayer

In Petitioner Hurley's motion to intervene in Robertson et al. v. Collier et al. Writ No. 9:23-cv-23 filed under penalty of perjury, see e.g. Carter v. Clark, 616 F.2d 228 (5th Cir. 1980), and in Petitioner's legal filing on 11/8/2023 and 1/2/2024, including his present intervention, Petitioner Hurley has added 35 more evidence Exhibits, paged documents that support his TDCJ abuse in solitary confinement by Defendant Collier, et al. Also, the Court will find a 4 page letter to the TDCJ "OIG" Director regarding Petitioner's long-term solitary confinement, a retaliatory act by TDCJ staff in retaliation for Petitioner's exercise of legal rights.

## Certificate Of Service

I, Freddy Hurley, TDCJ #453588, certifies that his 5/1/2024 motion to intervene, dated 5/1/2024 addresses that TDCJ Defendants, more than two, of State Prison Staff Members that have conspired together to promote and prevent TDCJ solitary confinement inmates of their constitutional rights by means of Defendants conspiracy and their shenanigans that causes to TDCJ solitary confinement inmates physical and psychological harm; again,

Petitioner's 4 page letter to the TDCJ "OIG" Director, dated 4/29/2024, explains the shenanigans' by Defendant.

Declarent,

Dreddy Hurley

Attachment D

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
*Protective Safekeeping*
*7/30-Day Review Record*
*(Protective Safekeeping Offenders ONLY)*

### I. OFFENDER INFORMATION

Offender Name: **HURLEY, FREDDY**  ; TDCJ Number **00453088** ; Custody: **P7** ; Unit: **B2**

### II. UCC REVIEW

*Instructions: This section shall be used for UCC reviews. If the form is being used for a *subsequent review, the UCC must ensure Section I (Offender Information) is completed and the previous Protective Safekeeping Review form is available for review.*

a.  **REVIEW:** (✓one) ☒ Initial; ☐ *Subsequent;   Review held on **4|5|24** at **09:54AM** by the UCC.
*(Date)*   *(Time)*

b.  Type of Review:  ☐ 7-day;   ☒ 30-day;   ☐ Special Review

c.  **RESTRICTIONS:** The UCC has reviewed the offender's record and has decided to either continue or discontinue restrictions, as noted below:

- Work        ☐ Yes  ☒ No   Review/Expiration Date: _____
- Education    ☐ Yes  ☒ No   Review/Expiration Date: _____

d.  Justification for decision(s):

**Remain P7 Per PSK Plan**

d.  Committee Members *(Print name and rank or title):*  **K. Harbin  Major**
**S. Karnes  PSIII**
**R. Stanhope  Lt**

### III. OFFENDER NOTIFICATION OR COMMITTEE ACTION

*Instructions: Correctional staff shall notify the offender that the UCC decision will expire on the date indicated or be reviewed for continuation, request the offender to sign (if the offender refuses, document the refusal), and provide the offender a copy of the completed document.*

Notified by: **Evrene Chr   SE   4|10|24 1100**   **4-10-2024**
*(Employee -- print name and sign initials)   (Date and time)   (Offender signature and date)*

(Rev. 06-2015)

Freddy Hurley, TDCJ#453088
Powledge Unit, State Prison
1400 FM 3452
Palestine, TX 75803


April 29, 2024


Director, Inspector General (Internal Affairs)
Texas Department of Criminal Justice
P.O. Box 4003
Huntsville, TX 77342


Re: TDCJ Protective Custody ("PC"), Inmate Abuse


Sir:

My 4/29/2024 TDCJ inmate letter to you, the
State Prison "OIG" Director, addresses my TDCJ Inmate
Grievance regarding my TDCJ Protective Custody ("PC")
Isolation in TDCJ's "Restricted Housing" on the Powledge
Unit's small, 30 man, Restricted Housing Wing where
PC inmates are individually celled 24 hours a day in
solitary confinement where individual cells are no
bigger than a car's parking space, there is no cell or
wing sunlight, my PC in-cell lighting is poor (less
than 20 foot candles for legal activity), there is no

Pg 1 of 4

in-cell windows or airconditon and during the summer months the solitary PC confinement cells heat temperature receachs over a 110-115 degrees, the PC and each cell are extremely dirty and the TDCJ Inmate Buildin Tenders are not required too throughly clean the PC Housing Wing and Unit Staff do not provide in-cell cleaning supplies, my TDCJ parole release is denied because "the Board" contriues that I have an "instant offense" regarding my January 19, 1987, robbery offense and jury conviction, unit officials and their subordinate staff, a racketeer influence and corrupt organization ("RICO"), deny to me all TDCJ rehabilitation and religious program activitees, including the approval of my promotion to "PC'lo" by the TDCJ state Classification Committee as recontly noted by the Unit's Assistant Warden, TDCJ punitive acts towad me that causes too me "PTSD" from TDCJ's physical and psychological herm toward me because TDCJ Staff also hogtie my wrist to my waist with a leather belt before I can exit my individual PC cell even though I am a TDCJ classified Trusty 3 inmate, a TDCJ step above my being an outside prison trusty. Also, TDCJ's Executive Director's Program Specialist and the Texoma MHMR Services both provided TDCJ administrative officials' with written documentation that say: "Friddy's Status 99 Risk Assessment are assessed as a one, which is low, and he is not a threat to society." Yet not long ago, and in retaliation

Pg 2 of 4

for my legal activity, TDCJ Powledge Unit Officials and its TDCJ contract with Unit UTMB staff conspired with, in their individual and TDCJ/UTMB capacity, with a unit hired guard to hostile me to my ADA walker and assault me, the guard even stuck his fingers in my buttcrack and, since the guard's fingers were cut I my now AIDS by the guard so TDCJ/UTMB Personnel sent to me an AIDS test, see attached hereto the TDCJ/UTMB AIDS Test Kit.

In summary and because the Dallas County District Attorney's Office recently acknowledged my disability (see 42 U.S.C. § 12101 as documented by an ADA Administrative Court in mid 2013) and, TDCJ/UTMB staff cannot refute my claim, stated herein, and I have already been a litigative party member in David Ruiz, et al. J. W.J. Estelle, TDCJ et al; including Freddy Hurley v. TDCJ et al ___ Dennis Blevins, TDCJ Powledge Unit et al ___ Dougles Dretke, TDCJ et al ___ Wayne Scott, TDCJ et al ___ Wayne Johnson, TDCJ et al ___ Salvador "Sammy" Buentello, TDCJ et al ___ Allen Polunsky, TDCJ et all ___ Richard Gunnels, TDCJ et al ___ and, in all litigative action I was a part of the courts granted to me injunctive relief, acknowledging my TDCJ Protective Custody Classification Status and TDCJ staff are too treat me in PC similar to the inmates housed

in TDCJ's Inmate General Population ("GP"), but Rutledge Unit officials maliciously treat me in a punitive manner, housing me in solitary confinement, bodyfying me before I can exit my PC individual cell, cancelling my ADA classification, and denying too me all rehabilitation and religious program activities in PC, a TDCJ employee malicious act that denies too me all physical and psychological help since I am elderly and disabled, posing no threat to anyone. Also, under penalty of perjury I will submit too a State polygraph examination test to verify my claim to you, and TDCJ's own security surveillance cameras located throughout every TDCJ prison Unit plantation, except in secluded TDCJ offices where staff can easily hide and abuse inmates, including the Rutledge Unit's PC "Restricted Housing wing" which can easily verify my claim, including the Guard that stuck his fingers in my buttocade in retaliation for my legal writing. Also, I do not seek nor request a Unit PC transfer, a TDCJ official tactic often used too coverup malicious acts of TDCJ staff acts of wrong doing involving inmates.

Respectfully, filed

[signature]

cc: TDCJ Inmate Grievance

pg 4 of 1

Freddy Hurley                453080
Powledge         A-8-PC
        A-8-PC Solitary Confinement
                Cacs file

H. Sloane, Grievance Investigator          4/26/2024
Ignored issue, an implied TDCJ threat of harm
glared at me in an overly hostile and threatening manner

To document my TDCJ Inmate Grievance, see AD-03-82/BP-03.77, so
that State Prison ("TDCJ") investigative staff, e.g., Ms. H. Sloane, cannot
claim that my condensed inmate grievance is adverse to TDCJ
action, i.e., inappropriate/excessive ... indecent ... malicious...
redundant ... not grievable, but recently a TDCJ hired employee
(whose name I will not reveal to prevent their retaliation by
TDCJ Officials) asked me about TDCJ employee retirement and how
they can increase their retirement pay by ten present (10%) if
they become TDCJ certified as dictated by the Texas Auditor's
Office since TDCJ is severally short of over 8,500 security staff
members, security staff that are TDCJ hired by the Texas Governor's
Office to guard the 130,000 plus State Prison ("TDCJ") Inmates, some
who are forced too work for free or face, punitive disciplinary
punishment is solitary confinement, or denied parole release by TDCJ
Officials, malicious TDCJ acts designed to create create financial gain
for Texas. In summary, does not TDCJ diretives, i.e., "SOPs" "PD",
"ADs", "BPs", "SMs", etc. that TDCJ's employee signed contract" with
its hire employees dictate: "IF a TDCJ employee becomes
certified, and upon their TDCJ retirement, the State TDCJ employee
can increase their retirement pay by 10% upon their TDCJ
employee certification ... But TDCJ employees 'must' exercise care
and diligence to insure the safety of every inmate from harm
made known to TDCJ staff, and TDCJ employees 'must' not inflict
punishment on TDCJ incarcerated inmates"; yet the Powledge Units

"HR department" does not have posted on its unit entrance employee bulletin board any TDCJ directive that informs every employee that enters the Rutledge Unit that TDCJ employees can increase their TDCJ pay by 10% percent if they become certified and, they "must" exercise deligence to protect every TDCJ incarcerated inmate from threat of harm by others, but not long ago, and in retaliation for my legal activity, a unit guard, in conspiracy with Unit Officials and Unit Personnel, hogtied me and stuck his fingers between my buttocrack, and I may now have AIDS because of the Guard's shenanigans.

Does not TDCJ Policy dictate that employees can increase their pay by 10% by becoming certified upon retirement

Dradey Hurley                    4/29/2024

Freddy Hurley, TDCJ #453088
Powledge Unit, State Prison
1400 FM 3452
Palestine, TX 75803

January 8, 2024

Bryan Collier, Executive Director
Texas Department of Criminal Justice
P.O. Box 99
Huntsville, TX 77342

Re: Tracking # 9590 9402 7353 2028 6409 12

Mr. Collier:

As an elderly disabled person incarcerate in
TDCJ and held maliciously in solitary confinement on
the Powledge Unit's small segregated Protective
Safekeeping ("PC") Isolation cell after TDCJ's State
Classification ("SCC") and the Texas Attorney General's
Office determined, see e.g. Ruiz v. Estelle, 503 F.Supp.
1265 (S.D.Tex. 1980), I should be segregated is solitary
confinement and denied all access too rehabilitation
relegious program activity due too TDCJ threat of harm
and a TDCJ hit put on my life by TDCJ employed

Pg 1 of 4

staff, LTMB Personnel that are under written TDCJ contract to provide Texas prison inmates with TDCJ Correctional Managed Health Care, and "TDCJ Inmate Building Tenders" that are used by TDCJ employed staff to guard other TDCJ inmates because TDCJ is short of over 8000 plus TDCJ Security Personnel and the to-few TDCJ Guards cannot adequately guard the 130,000 plus TDCJ incarcerated inmates held behind State prison bars, some of which that are used as inmate slaves to create State financial gain for Texas thru TDCJ's agricultural planting and picking of various vegetables, the meat packing plant, Metal Fab Plant, Tag Plant, etc; allow me too continue.

Thru TDCJ's employee alleged investigative system thru TDCJ's Inmate Grievance System; TDCJ's Inspector General's office Investigators; TDCJ's Ombudsman Personnel; etc. who use TDCJ designed criminology schooling to teach its TDCJ employed staff, in their individual and TDCJ official capacity, that State prison inmates are convicted criminals, blatent liers, and are to be used as TDCJ slaves to create financial gain for Texas, and PC segregated inmates isolated on the Rowledge Unit's "Restricted Housing" Wing are to be denied one-and-all rehabilitation and religious program activity so on

1-4-2024 I sent a letter to the Equal Employment Opportunity Agency ("EEO") and filed an EEO grievance addressing TDCJ's inmate slave labor and TDCJ's employed racketeer influenced and correct organization ("RICO") concerning TDCJ employed staff who blatently abuse State prison inmates, including UTMB Personnel who are under TDCJ contract to provide inmates with Correctional Health Care, and TDCJ Inmate "BTs" to guard over other State Prison inmates. And, on 6-24-2023 TDCJ Officials Polidage Unit Staff, and UTMB Personnel conspired with a unit employed guard, while I was hogtied to my ADA walker, the guard stuck his gloved fingers between my butt-cheeks, see TDCJ alleged investigative "EAC # 1-23645-10-23 ... Inv # 83600" dated 11/6/2023; also, between April 2019 thru June 2023, the State's Institutional Division says I have on "instant offense" and refuse to provide me with any form of due process right as held by the U.S. Supreme Court in Wolff v. McDonnell, see also Sandin v. Conner. And before you, the TDCJ Executive Director, arbitrarily dismiss my claim in retaliation for my legal filing to intervene in Robertson v. Collier, 9:23-cv-00023 (E.D. Tex. 2023), continuing my inmate claim is inappropriate, excessive, indecent, redundant, and not grievable, please review the Polidage Unit's small minimum TDCJ security prison facility on its PC "Restricted

Pg 3 of 4

Housing Wing" security viewing monitor cameras that easily verify my TDCJ Trusty III PC inmate that is housed before I or other PC trusty inmates can exit our PC Trusty Segregated Isolation individual cells, including the denial of all TDCJ rehabilitation and religious program activity, and, I will submit too a State polygraph test and my filing a U.S. motion too intervene in Robertson v. Collier, 9:23-cv-02023 (E.D. Tex 2023). I now want your response to my 1-8-2024 legal claim.

Respectfully submitte,

Freddy Hurley

cc: 9:23-cv-02023 (E.D. Tex 2023), Robertson v. Collier
    File

Freddy Hurley, TDCJ #453088
Powledge Unit, State Prison
1400 Fm 3452
Palestine, TX 75803

March 15, 2024

Brian Collier, Executive Director
Texas Department of Criminal Justice ("TDCJ")
P.O. Box 99
Huntsville, TX 77342

Re: TDCJ Threat Of Harm Request Investigation
USPS Certified Mail # 7022 0410 0002 7134 8303

Mr. Collier:

As you know, the Texas Governor appointed
nine State Criminal Justice Board Members to oversee
the State Prison System, the largest penal agency in
the United States, and, you were then hired too
govern "TDCJ" and its employed staff, including TDCJ's
contracted personnel, e.g. UTMB/TTUHSC, a clique of
TDCJ/UTMB/TTUHSC designed racketeer influenced
and corrupt organization ("RICO") employed staff whose
employees sport a little logo that says: "We Protect

Pg 1 of 3

Our own," a threat to anyone who crosses a TDCJ/UTMB/TTUHSC hired staff member, and as Judge Jody said: "It's like cooking a chicken, no matter whether the bird is fried, barbecued, or creoled, when it is ate it's still a chicken; so allow me, an elderly disabled TDCJ incarcerated person, too continue....

Thru your TDCJ records it shows that I am elderly, disabled, TDCJ classified as Protective Custody ("PC"), punitively segregated in a 8-by-12 foot cell 24 hours a day in solitary confinement, denied by Rutledge Unit Officials all access too any form of rehabilitation and/or religious program activity, and recently unit TDCJ/UTMB personnel conspired with a unit employed Guard (John Doe) to maliciously hogtie me, attack me, and the Guard then stuck his fingers in my anus, a malicious act that I did not ask for, in which I may now AIDS because the Guard had cuts on this fingers and hands which caused me too be rushed to a freeworld hospital in Palestine Texas on 6/24/2023; this TDCJ/UTMB employee conspiracy incident is documented on several TDCJ Security Surveillance monitoring cameras yet the TDCJ Grievance Investigator, Ms. H. Sloane, contrives that my claim(s) are "redundent" and "not grievable." Also, in retaliation against me for my legal writing against TDCJ/UTMB personnel,

Pg 2 of 3

TDCJ/UTMB/TTUHSC employees discontinued my ADA status established in mid 2013 under 42 U.S.C. § 12101, a TDCJ/UTMB/TTUHSC malicious act and, TDCJ/UTMB/TTUHSC confiscated my walker and I cannot ambulate safely as ordered by the ADA court, and TDCJ Ms. Sloane and various other RICO clique members contrive that my legal writings are redundant.

In summary, recently I wrote too chief Justice John Roberts of the U.S. Supreme Court; 5th Circuit Court Judge Don Willett; and the U.S. Justice Civil Rights Department and was tactically told to write you and the TDCJ CID Director, Bobby Lumpkin, and try to exhaust my TDCJ/UTMB/TTUHSC complaint before my filing litigative suit since TDCJ's State Counsel for Inmates (SCFI) advised me "do not contact other departments as they are not [criminology] trained [and I could end up down by a prison river and shot by the Unit's Warden and Ms. Sloane similar to what happen to TDCJ inmate Leeroy Brown, so I now wait for your TDCJ investigated reply.

Respectfully,

Juddy Hunly

cc: file

Pg 3 of 1

Freddy Hurley                    453088
Powledge              A-8-PC-Solitary
              A-8-PC-Solitary confinement
                        (c.c.)


Unit Grievance Investigator          3/11/2024
"We Protect Our Own"
Implied threat by TDCJ/UTMB/TTUHSC employed staff

I Freddy Hurley, TDCJ# 453088, under penalty of perjury (GGvern AD-03.82/BP-03.77), request a threat of harm investigation regarding TDCJ employed staff, TDCJ contract personnel, and its TDCJ medical care contract with the State's University of Texas Medical Branch ("UTMB") and the Texas Tech University Health Sciences Center ("TTUHSC"), also, the above named agencies and their named John and Jane Does, in thier individual capacity, boast a little logo that states: "We Protect Our Own," a threat/of harm statement for everyone who crosses a TDCJ/DIA/ grievance/UTMB TTUHSC/Etc. member. And, in mid 2013 an ADA court classified me as severely disabled (42 u.s.c. § 12101), also, on 2/28/2024 TDCJ's Medical Grievance Program Office of Professional Standards TDCJ Health Services Division acknowledges my disability, stating: "A review--- has been completed --- due to tryl Achilles tendon lacerated, low back and right knee arthritis, and blindness in left eye, [and I] should have a [TDCJ/UTMB] medical pass for a walker---" See TDCJ Grievance No. 2024060950 dated 2/28/2024, but my written (I bb medical sick Call) medical requests for either a walker or cane are ignored and, on 3/7/2024 UTMB Lori Perry, "NLP," ordered that I be hogtied and escorted to the Powledge Unit's medical Infirmary, a minimum security unit medical facility, without either a wheelchair, walker, or cane for me to ambulate my walking solely to prevent my risks of falling and when I refused to walk to the unit infirmary without a walker or cane while being hogtied

**Texas Department of Criminal Justice**

## STEP 1    OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2024030034

Date Received: NOV 16 2023

Date Due: 12-16-2023

Grievance Code: 904

Investigator ID #: 2973 2044

Extension Date: ___

Date Ret'd to Offender: NOV 20 2023

Offender Name: Freddy Hurley    TDCJ # 453088

Unit: Powledge    Housing Assignment: AP-8-PC Isolation

Unit where incident occurred: Powledge, AP-8-PC Isolation

(cc: Filed copy)

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? UPI H. Sloane, TDCJ Investigator    When? 11/2/2023 - 11/3/2023

What was their response? Ignored my Inmate Grievance, a TDCJ designed threat

What action was taken? Ignored, made a TDCJ implied threat of harm    (cc: copy file)

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

In regards to my present, Freddy Hurley, 11/6/2023 TDCJ Inmate Grievance (I-127), stated herein under penalty of perjury; and TDCJ's Management of Inmate Grievances, see TDCJ Policy AD-03.82 and BP-03-77, says all "ogams" shall provide documentation for the courts regarding inmate grievance issues, and, a TDCJ "LIGI" shall be specific and detailed and all TDCJ LIGIs "shall" attempt too resolve a TDCJ inmate complaint issue when an inmate's risk of physical and mental health requires immediate attention. Yet on 11/2/2023 and 11/3/2023, and in regards to my physical and mental health concerning my 11/2/2023 legal letter I sent to the TDCJ Executive Director, Bryan Collier; the TDCJ "LIGI" H. Sloane, blaterntly ignored my TDCJ threat of harm by TDCJ and UTMB Staff concerning my physical and mental health by being purutively isolated in a 8 by 12 foot cell since February 1990 by being segregated in TDCJ Protective Custody ("PC") due to threats of harm and a hit put on my life by TDCJ employed staff, "UTMB Personnel" that are under TDCJ contract to provide TDCJ inmates with TDCJ Correctional Managed Inmate Health Care, and TDCJ Inmate Gangs that TDCJ Officials and Staff use the TDCJ Inmate Buildin Tenders to guard over other TDCJ inmates because TDCJ is over 8000 short of TDCJ employed security staff so TDCJ officials, e.g. TDCJ's Executive Director, TDCJ-CID, and TDCJ's other employed staff, use the TDCJ Inmate Buildin Tenders as TDCJ Support Service Worker to force other TDCJ inmates to work and create financial gain for Texas. But as a purutively TDCJ PC inmate isolated in the small (30 inmates) Poledge Unit's "TDCJ Restricted Housing

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Wing, "Case law" defined "arbitrariness" and "penalogical" too, and, the LtGt. "H. Sloane" implies on 11/2/2023 and 11/3/2023 that my claim is "excessive" and cannot be "screened using one of the [TDCJ] screening ~~glances~~ criteria; and tactically acknowledging that I am in TDCJ solitary confinement as I described in my 11/2/2023 certified letter to TDCJ's Executive Director Bryan Collier regarding Robertson v. Collier, Case No. 9:23-cv-00023 (E.D. Tex. 2023). Now I worry if the TDCJ LtGt. "H. Sloane," may take me out of my PC and down to the river and shoot me similar too the way a TDCJ Warden and Farm Manager tried too do with inmate LeeRoy Brown.                                                                   (cc- filed copy)

**Action Requested to resolve your Complaint.** In regards to my 11/2/2023 and 11/3/2023 TDCJ Step 1 and Step 2 grievance I request an "LID" investigation

**Offender Signature:** _Dudley Henry_      **Date:** 11/6/2023

**Grievance Response:**

Your Step I grievance was investigated, and it was found that grievance # 202408964 was screened for having excessive attachments. All grievances are processed within AD 03.82 and there is no evidence that shows your grievances have been mishandled. No further action is warranted.

**Signature Authority:** _Andre Smith Jr._      **Date:** 11/28/2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired. *

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**I-127 Back** (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2024030034

UGI Recd Date: DEC 04 2023

HQ Recd Date: DEC 11 2023

Date Due: 1-13-24

Grievance Code: 904

Investigator ID#: I1364

Extension Date: APR 24 2024

Offender Name: Freddy Hurley    TDCJ # 453088

Unit: Powledge    Housing Assignment: AP-8-PC Isolation

Unit where incident occurred: Powledge, AP-8-PC solitary
(ccc-file)

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I, Freddy Hurley, TDCJ #453088, appeal the TDCJ Inmate Grievance reply, #2024030034 dated 11-29-2023, by Powledge Unit Senior Warden M. Sandifer who did not interview me regarding this issue; Warden Sandifer nor any other TDCJ employed staff member refute my claim, Grievance #2024030034, as I describe under TDCJ AD-03.82 and BP-03.57 for resolution, but the "UGI" and Warden Sandifer merely state "there is no evidence that shows [my] grievances have been mishandled," but TDCJ evidence dictates otherwise, e.g. the State Institutional Parole Division, on 10-16-2023, state that I have an "instant offense" regarding my 1-19-1987 jury conviction and TDCJ sentence begin date; but as stated in my motion to intervene in Robertson v. Collier, 9:23-cv-00023 (E.D. Tex. 2023), see TDCJ Grievance #2024030881, dated 11-28-2023, states my claim is being reviewed. Also, TDCJ evidence shows thru TDCJ video security monitoring cameras, located on the Powledge Unit's small segregated (30 individual cells) that the small isolated "Restricted Housing Wing" is not sprayed monthly by TDCJ "pest control per policy." Again, thru TDCJ desiezed word-game tactics, my TDCJ inmate grievances are ignored, yet I am punitively housed in TDCJ Protective Custody ("PC") solitary confinement and denied all TDCJ rehabilitation and religious activity programs, therefore I appeal my being treated with my waist secured to my waist with

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

a leather belt in a TDCJ 5-7-1 fashion before I can exit my
PC cell as a who does not pose a threat to TDCJ because I am
elderly, disabled, and TDCJ has written documentation by the TDCJ
Executive Director's Office showing that I do not pose a threat to
TDCJ

(cc:file)

**Offender Signature:** _____   **Date:** 12-2-2023

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. Be reminded, one issue per
grievance will be addressed. You were appropriately advised at the Step 1 level. The processing
of grievances will continue to be monitored to ensure policy compliance. No further action is
warranted by this office.

J. Back

**Signature Authority:** _____   **Date:** APR 11 2024

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

I-128 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**Appendix G**

Freddy Hurley, TDCJ #453088
Pauledge Unit, State Prison
1400 FM 3452
Palestine, TX 75803-2350

April 9, 2024

5th Circuit, U.S. Court of Appeals
Andrew Oldham, Court Member
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

Re: TDCJ Incarcerated Inmate

Dear Mr. Oldham, 5th Circuit:

Recently I wrote to the U.S. Supreme
Court's chief Justice, John Roberts, whose Office
replied and tactically informed me, a State
prison inmate incarcerated in "TDCJ" solitary
confinement, to contact a member of the 5th
Circuit Court of Appeals regarding my TDCJ
complaint issue since I have three-court stricks
against me, and, on 6/24/2023 TDCJ/UTMB Personnel
conspired with a TDCJ employed staff member to
hogtie me, take me out of my isolated Protective

Pg 1 of 4

Custody ("PC") individual cell, and the Guard then assaulted me, sticking his fingers between my butt-crack in retaliation for my exercise of legal rights; allow me too continue ...

As you know, in this age of space flight after TDCJ learned from TDCJ's loss in Ruiz v. Estelle how to use modern day criminology ward-game tactics and how to refute any inmate(s) complaint filed; TDCJ officials now have its employed staff to wear a little stitched logo that states "We Protect Our Own," a TDCJ threat statement directed at anyone who crosses a TDCJ/UTMB/TTUHSC employee member, and as Judge Judy said: "When [TDCJ staff] cook a chicken, whether it be fried... barbecued... or creoled, when the bird's ate it's still a chicken. TDCJ's own "CIG" (Internal Affairs) was caught stealing inmates "SSI" numbers to create fake TDCJ employees' own IDs so TDCJ staff could purchase their own store bought personal items (see Eastern District Court proceedings).

And, even though you are a conservative 5th Circuit Court Member from Texas, your own philosophical belief about TDCJ and its policy procedures should be viewed liberally and your

judiciary standing should also apply to me no matter my TDCJ incorceration as an elderly disabled person (see 42 U.S.C. § 12101) who is isolated in punitive solitary confinement and cannot create any any form of financial gain for Texas because of my isolated TDCJ Protective Custody status in a small 8-by 11 foot cell as ordered by the Texas Attorney General's Office and TDCJ's State Classification (SCC) since February 1990 and, I am denied any form of rehabilitation and religious program activity as a PC individually celled inmate, rehabilitation and religious program activities that are provided to all TDCJ General Population ("GP") Inmates.

In summary, the Chief Justice of the Supreme Court informed me to document all issues I file so that TDCJ's employed staff members, a racketeer influenced and corrupt TDCJ organization ("RICO"), the largest penal agency in the United States, cannot claim I have not attempted to exhaust all my remindies, see i.e. (1) TDCJ continues "Inmate Hurley is not ADA" classified, see TDCJ Grievance No. 2024054541; (2) Hurley has a "instant offense" yet his robbery offense and TDCJ sentence begin date is January 19, 1987, and under Texas law prior to September 1, 1987, I need only serve

Pg. 3 of 4

one-third of my 01/13/1981 TDCJ sentence before my being released on parole, serving the remainder of my TDCJ sentence at home under parole release supervision; and (3) Hurley is held in solitary confinement restricted housing in Protective Custody and denied all access to rehabilitation and religious program activities, but TDCJ's Executive Director's Program Specialist and the Texana Community MHMR Services of Texana informed TDCJ: "Freddy's Risk assessment are assessed ase a one, which is low, and he is not a threat to society; so I want your investigative reply.

Respectfully written,

Freddy Hurley

cc: TDCJ Inmate grievance AD-03.82/P.P. 03.177
    Chief Justice John Roberts, U.S. Supreme Court
    file

Pg 4 of 1

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Freddy Hurley    TDCJ # 453088

Unit: Powledge    Housing Assignment: A-8- PC Solitary

Unit where incident occurred: Powledge, PC Solitary Confinement (cc: copy)

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? H. Sloane, TDCJ Grievance Investigator    When? 4/12/2024

What was their response? Glered at me in an overtly hostile and threatening manner

What action was taken? Ignored my "AIDS" test regarding Mr. Howell's shenanigans

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

My TDCJ/UTMB grievance dated 4/15/2024, see TDCJ AD-03.82/BP-03.77 and the State Prisons "TDCJ" refusal to address my inmate grievance, and Ms. H. Sloane, TDCJ Inmate Grievance Investigator, and her refusing to date mark each of my prison filed documents as my enclosed 4/15/2024 inmate grievance documents regarding my 4/11/2024 letter to the Texas Medical Board (4 pages), and, my inmate letter notice too Mr. Joel Howell "PA" and Ms. Lori Berry, "MLP," dated 4/12/2024, and the shenanigans by TDCJ/UTMB/TTUHSC Personnel, I fear for my inmate safety as an elderly disabled person and I request a threat of harm investigation by the State Prisons TDCJ Inspector General (Internal Affairs), also i do not seek a Unit transfer to a different Protective "Custody ("PC") Restricted Housing Wing. APR 15 2024

---

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

cc File APR 1 5 2024

**Action Requested to resolve your Complaint.** Request an "LDO" investigation regarding the six pages (I filed), attached hereto, regarding my unit ADA abuse APR 1 5 2024

**Offender Signature:** _Dorothy Searcy_ **Date:** 4/15/2024

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☑ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** H. Sloane

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

OFFICE USE ONLY

Initial Submission   UGI Initials:

Grievance #: 2024091480

Screening Criteria Used: 04-999

Date Recd from Offender: APR 1 5 2024

Date Returned to Offender: APR 1 5 2024

**2nd Submission**   UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**   UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

Freddy Hurley, TDCJ #453088
Powledge Unit, State Prison
1400 FM 3452
Palestine, TX 75803

April 11, 2024

Texas Medical Board Personnel
333 Guadalupe Tower 3, Suite 610
Austin, TX 78701

Re: File # 24-4787

Dear Ma'am or Sir:

    I am in receipt of your 3/27/2024 Medical Board letter to me concerning my TDCJ/UTMB medical situation and the State Prison's TDCJ --- UTMB --- TTUHSC Personnel and their blatant denial of my TDCJ/UTMB/TTUHSC "Inmate is not ADA and he does not have a walker pass"; allow me too continue ---

    Attached too my 4/11/2024 letter to the Texas Medical Board regarding your 3/24/2024 letter to me, Medical Board Investigative staff

Pg 1 of 4    APR 15 2024

will find ten (10) legal pages of evidence documents concerning TDCJ/UTMB/TTUHSC and their denial of my disability regarding multiple TDCJ/UTMB employed staff who maliciously contrive I, "Inmate Hurley is not ADA," yet TDCJ/UTMB and its Rawledge Writ's contracted Physician Assistant (PA), Joel Howell, who has tactically written I "use a walker and unable to hold his walker when cuffed and Freddy is unable to ambulate safely while using his walker to prevent his risks of falls..." see e.g. TDCJ Grievance No. 2024054541.

Also, in my TDCJ/UTMB State Open Records requests I have filed requesting TDCJ/UTMB/TTUHSC Personnel asking for my medical records concerning TDCJ/UTMB individual names and my medical records, each individual request by me has been blatantly denied in retaliation for my exercise of legal rights, see e.g. Ruiz v. Estelle, and on 6/24/2023 TDCJ --- UTMB --- TTUHSC Personnel, in each of their individual and official capacity, conspired with a TDCJ employed Guard (John Doe) to attack me while I was hogtied, the Guard also stuck his fingers between my buttcheeks and I may now have "AIDS" because the Guard's fingers were cut and had blood on them.

APR 15 2024

Pg 2 of 4

In summary, in mid 2013 an ADA Administrative Court Judge personally interviewed me, reviewing all my medical records since childhood, and, the ADA Court easily classified me as ADA since 2013, see 42 U.S.C. §12101, and the Sherman Texas Social Security Office (and you can call toll-free at 1-800-772-1213, or the local office at 877-405-3521) who can easily varify my disabilities; also, on 11/5/2018 the Plano Texas Medical City Healthcare Hospital documents that I was admitted from the Sherman Texas Wilson Jones Hospital via Life Flight after I had a heart attack, several seizures, multiple cuts and abrasions to my face, impaired strength ... coordination ... balance ... functional mobility, and, in reagards too my 2013 ADA classification status the ADA Court also held I have severe arthritis in my neck, lower back, and both knees; both of my achilles tenders (L-R) have been completely lacerated and had too be surgically stitched back in place, and I cannot climb stairs etc; my bottom jaw and lower teeth are wired in place; I am going blind in my left eye and poor vision in my right; and on 6/24/2023 I had too be rushed via emergency ambiance to the freeworld Palestine Hospital from the State Prison's Powledge Unit Protective Custody ("PC") Restrictive Housing Wing after TDCJ/UTMB

APR 15 2024

Pg 3 of 4

employed staff, in their individual and official capacity, a racketeer influenced and corrupt organization ("RICO") conspired with a with a writ Guard to attack me. Again, because I am elderly and disabled and cannot articulate my medical claim like TDCJ/UTMB/TTUHSC Personnel who are criminology schooled to deny my claim even though my inmate medical complaint is true and stated under penalty of purjery, and, I am willing too take a polygraph test to verify my claim, so I now wait for the Texas Medical Board's investigative response.

Respectfully filed,

Freddy Hurley

CC: TDCJ/UTMB/TTUHSC Grievance, see AD-03.82/BP-03.77 file

PG 4 of 1    APR 15 2024



Freddy Hurley, TDCJ #453088
Powledge Unit, State Prison

April 12, 2024

Joel Howell, "PA"
Lori Berry "MLP"
Unit Medical Infirmary
Powledge Unit, State Prison

        Re: Denied ADA Care

Mr. Howell — Ms. Berry:

        In your blatent retaliation for my legal rights
regarding my ADA status, the two of you know,
including your unit related medical staff, maliciously
deny to me a walker or care to prevent my risks
of falls because of my disabilities, so inclosed you
will find a copy of my 4/11/2024 letter to the Texas
Medical Board's Investigative Division that documents
my State prison claim involving the two of you for
litigative purpose, and, as the Honorable Judge Judy
said:

        "When people cook a chacken, whether

                        Pg 1 of 2        APR 15 2024

it be fried ... barbecued ... or
creoled ... etc., when the bird is
ate it is still a chicken";

so your drunken stupor is not lost on me even though
I am not TDCJ/UTMB/TTUHSC criminology schooled like
your clique, a racketeer influenced and corrupt
organization ... so remember the chicken.

Respectfully filed

Freddy Hurley

cc: TDCJ grievance, AO-03.82/BP-03.77
file

Pg 2 of 1

APR 15 2024

Freddy Hurley, TDCJ#453088
Powledge Unit, State Prison
1400 FM 3452
Palestine, TX 75803-2350

February 5, 2024

Grievance Office, Powledge Unit
TDCJ-Correctional Institution Division
1400 FM 3452
Palestine, TX 75803-2350

Re: Texas Open Records Act Request
Grievance Office, Powledge Unit

Dear Ma'am or Sir:

Thru the Texas Open Records Act a TDCJ-CID inmate can ask for a written copy of my previously filed Powledge (Beto II) Unit Inmate Grievance, between 2000-2003, regarding a TDCJ life endangerment created against me by Unit Officials who posted my TDCJ identity information about me on my Protective Custody ("PC") cell door, a malicious act intentionally designed by TDCJ employed staff in retaliation for my exercise of legal rights, and, thru my legal activity

Pg 1 of 4

Rooledge Unit Officials were required thru order of the court to remove all such type TDCJ inmate identity information from my Unit PC cell door, including the other restricted housing inmates segregated on the Rooledge Unit; allow me too continue.

On 2-3-2024 Rooledge Unit Officials and their Unit Inmate Buildin Tender stormed into the Unit's small isolated restricted housing segregation inmate wing in an overtly hostile and inmate threatening manner and maliciously started posting on each individual segregated cell door each TDCJ inmate's identity status, e.g., a photo of the inmate, his TDCJ Security Percaution Destination (SPD), Self-Harm Risk (Sri), etc., and when I attempted to respectfully speak with Unit Sgt. Allen about this blatent designened threat by TDCJ officials that places PC inmates in open view for attack, Sgt. Allen and her sexually favored Unit Inmate Buildin Tender (BT) stood at the front of my PC cell door while the inmate BT ordered me to go to the back of my PC cell, face the wall, so the inmate BT could ogle eye my elderly back-side rear end so Sgt. Allen could ignore:

(i) on 7-26-2023 grievance No. 20231244494 said: "Your EnOCJJ complaint has been reviewed. Statements recieved by the Chief of Classification

Pg 2 of 4

state she did not authorize anyone to place [ an
Inmate Security Percaution Destination (SPD) or any
other] 'Self-Harm Risk' on any cell doors, this code
is placed on the inmates by classification in
Huntsuille ..."

Also, in a similarly related TDCJ Protective
Custody ("PC") Inmate Grievance, No. 2019037895, it
easily dictates that "Per [TDCJ] administration, all
Pb and P7 offenders who wish to work [ in the
isolated PC segregated housing area] will be given the
opporurnity to do so. A work schedule will be
implemented for all [segregated individually celled
inmates, but b]e advised that there is [only] a
limited amount of work details [in the isolated
housing area for] offenders. ..."

In closing, I request to purchase copies of
the above described TDCJ Inmate Grievances so I
can use them to present to the court as evidence.
I wait your response.

Respectfully,

Freddy Hurley

Pg 3 of 4

Freddy Hurley, TDCJ #453088
Powledge Unit, State Prison
1400 FM 3452
Palestine, TX 75803

May 1, 2024

United States District Court
Eastern District of Texas, District Clerk
104 North Third Street
Lufkin, TX 75901

Re: Robertson et al. v. Collier et al.,
Writ No. 9:23-cv-23 (E.D. Tex 2023)
Intervener, Freddy Hurley, TDCJ #453088

Dear Clerk:

Inclosed your office will find my motion to intervene, Writ No. 9:23-cv-23, and ask that your office file my pleading with the Court.

Respectfully,

Freddy Hurley

ecf file

FREEDOM FOREVER USA

4.08

Freddy Hurley TDCJ # 4530080
Pauledge Unit, State Prison
1400 FM 3452
Palestine, TX 75803

United States District Court
Eastern District of Texas, District Clerk
104 North Third Street
Lufkin, TX 75901

CLERK, U.S. DISTRICT COURT
RECEIVED

MAY 06 2024

EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS