IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MARK ROBERTSON, *et al.*, | § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Civil Action No. 9:23-CV-0023 |
| BRYAN COLLIER, *et al.*, | | |
| *Defendants*. | | |

## DEFENDANTS' NOTICE OF APPEARANCE AS CO-COUNSEL

Defendants Bryan Collier, Bobby Lumpkin, Crystal Anthony, and Ronald Ivey (collectively, "Defendants"), respectfully file this Notice of Appearance as Co-Counsel. Assistant Attorney General Matthew DeMarco is now appearing as co-counsel for Defendants and respectfully requests the Court's records reflect his representation of Defendants as co-counsel. Additionally, Assistant Attorney General Matthew DeMarco requests that he be added to the Court's notifications for all future pleadings, orders, and correspondence at the email address listed below.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
Deputy Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Matthew DeMarco*
**MATTHEW DEMARCO**
Assistant Attorney General
Texas Bar No. 24130474
matthew.demarco@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas, 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANTS**

### NOTICE OF ELECTRONIC FILING

I, **MATTHEW DEMARCO,** Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing, in accordance with the Electronic Case Files System of the Eastern District of Texas, Lufkin Division, on August 14, 2024.

*/s/ Matthew DeMarco*
**MATTHEW DEMARCO**
Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **MATTHEW DEMARCO**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served to all attorneys of record by the Electronic Case Filing system of the Eastern District of Texas on August 14, 2024.

*/s/ Matthew DeMarco*
**MATTHEW DEMARCO**
Assistant Attorney General