Hogan Lovells US LLP
609 Main Street, Suite 4200
Houston, TX 77002
T +1 713 632 1400
F +1 713 632 1401
www.hoganlovells.com

August 13, 2025

**<u>VIA ECF</u>**

The Honorable Zack Hawthorn, Magistrate Judge
The Jack Brooks Federal Building and United States Courthouse
300 Willow Street Suite 118
Beaumont, Texas 77701

**Re:** *Mark Robertson, et al. v. Bryan Collier, et al.*, No. 9:23-cv-00023 (E.D. Tex., Lufkin Division)

Dear Judge Hawthorn:

We write to respectfully request a status conference concerning Defendants' Motion to Dismiss, which was filed on July 10, 2023 (ECF No. 29) and argued on August 19, 2024 (ECF No. 49) (the "Motion"). As the Court knows, Plaintiffs' First Amended Complaint (ECF No. 22) alleges that Defendants systematically violate the constitutional rights of Plaintiffs and the members of the putative class, including by subjugating Plaintiffs to conditions of confinement that amount to cruel and unusual punishment under the Eight Amendment.

During the period while Defendants' Motion has been pending, we have received numerous reports that these cruel and unusual conditions have not improved. Instead, the information we have received indicates that those conditions have only worsened. Given the implications for our clients' wellbeing and safety, their constitutional rights, and possible further litigation, we respectfully request a status conference so that we and the other parties can be apprised of the latest developments.

We thank the Court for its attention to this matter, and are happy to answer any questions the Court might have.

Respectfully submitted,

*/s/ Catherine Bratic*
Catherine Bratic (Texas Bar No. 24087204)
Counsel
Hogan Lovells US LLP
catherine.bratic@hoganlovells.com
D +1 713 632 1434

*/s/ Mark Sparks*
Mark Sparks (Texas Bar No. 2400273)
Partner
The Ferguson Law Firm, LLP
mark@thefergusonlawfirm.com
D +1 409 832 9700

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com