# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| MARK ROBERTSON; GEORGE CURRY; TONY EGBUNA FORD; and RICKEY CUMMINGS, on their own behalf, and on behalf of a class of similarly situated prisoners,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRYAN COLLIER, Executive Director of Texas Department of Criminal Justice; BOBBY LUMPKIN, Director of the Correction Institutions Division of the Texas Department of Criminal Justice; DANIEL DICKERSON, Warden of the Allan B. Polunsky Unit.<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 9:23-CV-0023 |

## PLAINTIFFS' UNOPPOSED MOTION FOR A HEARING ON DEFENDANTS' MOTION TO DISMISS

Plaintiffs file this unopposed Motion for Hearing to respectfully request that the Court set a virtual status conference concerning Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss").

I.

Plaintiffs filed their First Amended Complaint on May 11, 2023 (ECF No. 22), alleging that Defendants systematically violate the constitutional rights of Plaintiffs and the members of the putative class, including by subjugating Plaintiffs to conditions of confinement that amount to cruel and unusual punishment under the Eight Amendment. Defendants filed their Motion to

Dismiss on July 10, 2023 (ECF No. 29), and the Motion to Dismiss was argued on August 19, 2024 (ECF No. 49).

During the period while Defendants' Motion to Dismiss has been pending, Plaintiffs' counsel has received numerous reports that these cruel and unusual conditions have not improved. Instead, the information we have received indicates that the conditions have only worsened. Given the implications for our clients' wellbeing and safety, their constitutional rights, and possible further litigation, we respectfully request a virtual status conference so that we and the other parties can be apprised of the latest developments.

II.

Catherine Bratic, Counsel for Plaintiffs, conferred with Michael Calb, Counsel for Defendants, and Counsel for Defendants do not oppose Plaintiffs' request.

WHEREFORE, Plaintiffs respectfully request that this Court set a virtual status conference concerning Defendants' Motion to Dismiss.

Dated: August 19, 2025

Respectfully submitted,

By: */s/ Catherine Bratic*
Catherine Bratic
Texas Bar No. 24087204
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
Telephone: (713) 632-1400
Facsimile: (713) 632-1401
catherine.bratic@hoganlovells.com

        Benjamin A. Fleming (*pro hac vice* pending)
        Sam Dougherty (admitted *pro hac vice*)
        HOGAN LOVELLS US LLP
        390 Madison Avenue
        New York, NY 10017
        Telephone: (212) 918-3000
        Facsimile: (212) 918-3100
        benjamin.fleming@hoganlovells.com
        sam.doughtery@hoganlovells.com

        James Ettinger (admitted *pro hac vice*)
        HOGAN LOVELLS US LLP
        1999 Avenue of the Stars, Suite 1400
        Los Angeles, CA 90067
        Telephone: (310) 785-4600
        Facsimile: (310) 785-4601
        jay.ettinger@hoganlovells.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on August 19, 2025, the foregoing motion was served by on all counsel of record counsel of record via e-service.

        */s/ Catherine Bratic*
        Catherine Bratic

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| MARK ROBERTSON; GEORGE CURRY; TONY EGBUNA FORD; and RICKEY CUMMINGS, on their own behalf, and on behalf of a class of similarly situated prisoners, | § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | Civil Action No. 9:23-CV-0023 |
| BRYAN COLLIER, Executive Director of Texas Department of Criminal Justice; BOBBY LUMPKIN, Director of the Correction Institutions Division of the Texas Department of Criminal Justice; DANIEL DICKERSON, Warden of the Allan B. Polunsky Unit. | § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Plaintiffs' Unopposed Motion for Hearing for Hearing on Defendants' Motion to Dismiss shall be, and is hereby, GRANTED. The Court hereby sets a virtual status conference on Defendants' pending Motion to Dismiss for _____ at _____.

SIGNED this, the _____ day of _____, 2025.

_____
JUDGE PRESIDING