IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARK ROBERTSON, GEORGE CURRY, TONY EGBUNA FORD, RICKEY CUMMINGS, and LUCKY WARD,<br><br>Plaintiffs,<br><br>vs.<br><br>BRYAN COLLIER, BOBBY LUMPKIN, DANIEL DICKERSON, CRYSTAL ANTHONY, DOES 1-10, and RONALD IVEY,<br><br>Defendants. | No. 9:23-CV-00023-MAC |

## AMENDED ORDER

Pending is the Parties' *Joint Motion to Extend Deadline* (Dkt. #59) to file objections to the undersigned's *Report and Recommendation*. Previously, the court granted the motion and ordered that the Parties' deadline to object to the Report and Recommendation be extended to December 18, 2025. This order clarifies that the deadline to object to the Report and Recommendation is on or before November 13, 2025, and the Parties have until December 18, 2025, to respond to objections (if any).

Furthermore, in light of the pending Report and Recommendation, the Plaintiffs' *Unopposed Motion for Hearing on Defendants' Motion to Dismiss* (Dkt. #57) is DENIED as MOOT.

SIGNED this 16th day of October, 2025.

Zack Hawthorn
United States Magistrate Judge