**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **MARK ROBERTSON,** *et al.,* | § § § | |
| *Plaintiffs,* | § § | |
| **v.** | § § | **Civil Action No. 9:23-CV-0023** |
| **BRYAN COLLIER,** *et al.,* | § § § | |
| *Defendants.* | § § | |

---

### DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

Defendants Bryan Collier, Bobby Lumpkin, Eric Guerrero, Daniel Dickerson, and Kevin Smith (together, "Defendants"), through the Office of the Attorney General of Texas, hereby give notice that they are immediately appealing the District Court's February 25, 2026 Order (D.E. 64) adopting Magistrate Judge Zack Hawthorn's Report and Recommendation (D.E. 58) and denying in part their motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b) (D.E. 29).

Defendants' notice of appeal is timely as it is being filed within 30 days of the February 25, 2026 Order (D.E. 64) being appealed. *See* Fed. R. App. P. 4(a)(1)(A).

Respectfully submitted,

**KEN PAXTON**
Attorney General of Teas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**BRIANA M. WEBB**
Chief, Law Enforcement Defense Division

*/s/ Michael J. Calb*
**MICHAEL J. CALB**
Special Counsel
Attorney-In-Charge
Texas State Bar No. 24126986
Michael.Calb@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, **MICHAEL J. CALB**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above has been served to all attorneys of record by the Electronic Case Filing System of the Eastern District of Texas on March 19, 2026.

/s/ Michael J. Calb
**MICHAEL J. CALB**
Assistant Attorney General

2