IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

MARK ROBERTSON; GEORGE CURRY;

TONY EGBUNA FORD; and RICKEY

CUMMINGS, on their own behalf, and on

behalf of a class of similarly situated

prisoners,

              Plaintiff,

v.

BRYAN COLLIER, Executive Director of

Texas Department of Criminal Justice;

BOBBY LUMPKIN, Director of the

Correction Institutions Division of the Texas

Department of Criminal Justice; DANIEL

DICKERSON, Warden of the Allan B.

Polunsky Unit,

              Defendant.

No. 9:23-CV-0023-MAC

**ORDER TO FILE A PROPOSED SCHEDULING ORDER**

This case is assigned to the Honorable Marcia A. Crone, United States District Judge, and is referred to the undersigned for pretrial management. Pending before the court is the parties' *Joint Stipulation Regarding Defendants' Interlocutory Appeal and Plaintiffs' Individual-Capacity Eighth Amendment Claims* (Dkt. 68) and Fifth Circuit notification (Dkt. 69) that Defendants voluntarily withdrew their interlocutory appeal and Plaintiffs will no longer pursue their individual-capacity Eighth Amendment claims for damages.

In light of the parties' stipulation and the expected narrowing of the claims remaining in this case, Plaintiffs are granted leave of court to file the *First Amended Complaint* to remove their individual-capacity Eighth Amendment claims for damages. Moreover, the parties are

ORDERED to confer and submit a proposed scheduling order within fourteen (14) days. The proposed scheduling order should include proposed deadlines for any remaining pleadings, discovery, dispositive motions, pretrial submissions, and trial, as appropriate.

SIGNED this 27th day of May, 2026.

_____
Zack Hawthorn
United States Magistrate Judge