IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MARK ROBERTSON, *et al.*, | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-23 |
| BRYAN COLLIER, *et al.*, | § | |

<u>ORDER</u>

This case is **ADMINISTRATIVELY CLOSED** pending receipt of the parties' proposed scheduling order.

SIGNED this 8th day of June, 2026.

_____
Zack Hawthorn
United States Magistrate Judge