IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARK ROBERTSON; GEORGE CURRY; TONY EGBUNA FORD; and RICKEY CUMMINGS, on their own behalf, and on behalf of a class of similarly situated prisoners,<br><br>       Plaintiff,<br>v.<br><br>BRYAN COLLIER, Executive Director of Texas Department of Criminal Justice; BOBBY LUMPKIN, Director of the Correction Institutions Division of the Texas Department of Criminal Justice; DANIEL DICKERSON, Warden of the Allan B. Polunsky Unit,<br><br>      Defendant. | No. 9:23cv23 |

**ORDER ADOPTING PROPOSED ORDERS**

The parties submitted a proposed *Stipulated Order Regarding Discovery of Electronically Stored Information* (Dkt. #78) and a proposed *Stipulated Confidentiality Agreement and Protective Order* (Dkt. #79). The undersigned ADOPTS both orders, which will be docketed separately.

SIGNED this 10th day of July, 2026.

_____
Zack Hawthorn
United States Magistrate Judge